# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **RAFAEL ARMANDO CLASS-DAVILA,** Defendant. | MAG. NO. 13-655 (SCC) |

## MOTION SUBMITTING PTD AGREEMENT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, and very respectfully states and prays as follows:

The United States hereby submits to the Court the PTD Agreement, signed by both parties.

WHEREFORE, the United States humbly requests this Honorable Court take notice of the above information.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of December, 2013.

ROSA EMILIA RODRIGUEZ-VELEZ
UNITED STATES ATTORNEY

*/s/* Justin R. Martin
Justin R. Martin
Assistant United States Attorney
USDC-No. G00713
United States Attorney's Office
350 Carlos Chardón Ave., Suite 1201
San Juan, Puerto Rico 00918
Tel: (787) 766-5656

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendants.

*/s/* Justin R. Martin
JUSTIN R. MARTIN
Assistant United States Attorney
USDC-No. G00713